Yvette D. Roland (SBN 120311)
Audra L. Thompson (SBN 218479)
**DUANE MORRIS LLP**
633 West Fifth Street, Suite 4600
Los Angeles, CA  90071
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-Mail:   ydroland@duanemorris.com
E-Mail:   athompson@duanemorris.com

Frederick R. Ball (*pro hac vice*)
Nicholas J. Lynn (*pro hac vice*)
Richard P. Darke (*pro hac vice*)
Christopher Petelle (*pro hac vice*)
Duane Morris LLP
190 S. Lasalle Street, Suite 3700
Chicago, IL 60603
Telephone: 312.499-6700
Facsimile:  312.499-1945

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES, and the NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>             Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, not individually, but solely in his official capacity as Governor of the State of California,  KIM BELSHE, not individually, but solely in her official capacity as Secretary of the California Health and Human Services Agency, DAVID MAXWELL-JOLLY, not individually, but solely in his official capacity as Director of the California Department of Health Care Services, and THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>             Defendants. | Case No.:  CV09-07097 CAS (MANx)<br><br>**ORDER ON STIPULATION RE STAY OF DISTRICT COURT ACTION PENDING DECISION ON APPEAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Honorable Christina A. Snyder |

[PROPOSED] ORDER ON STIPULATION RE STAY OF DISTRICT COURT ACTION PENDING DECISION ON APPEAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DM1\2150782.1

IT IS HEREBY ORDERED that the above-captioned matter shall be stayed until thirty (30) days after a Ninth Circuit decision has been rendered with regard to the appeal of this Court's December 22, 2009 Order denying Plaintiffs NACDS and NCPA's motion for preliminary injunction. The Scheduling Conference is vacated. A Joint Report shall be filed on or before July 13, 2010, and every quarter thereafter until action is reinstated, or by order of the Court.

**IT IS SO ORDERED.**

Dated: April _13_, 2010

_Christina A. Snyder_
Honorable Christina A. Snyder

2

[PROPOSED] ORDER ON STIPULATION RE STAY OF DISTRICT COURT ACTION PENDING DECISION ON APPEAL OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

DM1\2150782.1