Yvette D. Roland (SBN 120311)
Audra L. Thompson (SBN 218479)
**DUANE MORRIS LLP**
633 West Fifth Street, Suite 4600
Los Angeles, CA  90071
Telephone: 213.689.7400
Facsimile: 213.689.7401
E-Mail:      ydroland@duanemorris.com
E-Mail:      athompson@duanemorris.com

Frederick R. Ball (*pro hac vice*)
Nicholas J. Lynn (*pro hac vice*)
Richard P. Darke (*pro hac vice*)
Christopher Petelle (*pro hac vice*)
Duane Morris LLP
190 S. Lasalle Street, Suite 3700
Chicago, IL 60603
Telephone: 312.499-6700
Facsimile:  312.499-1945

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ASSOCIATION OF CHAIN DRUG STORES, and the NATIONAL COMMUNITY PHARMACISTS ASSOCIATION,<br><br>          Plaintiffs,<br><br>     v.<br><br>ARNOLD SCHWARZENEGGER, not individually, but solely in his official capacity as Governor of the State of California,  KIM BELSHE, not individually, but solely in her official capacity as Secretary of the California Health and Human Services Agency, DAVID MAXWELL-JOLLY, not individually, but solely in his official capacity as Director of the California Department of Health Care Services, and THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES,<br><br>          Defendants. | Case No.:  CV09-07097 CAS (MANx)<br><br>**STIPULATION FOR DISMISSAL OF CLAIMS WITHOUT PREJUDICE**<br><br><br>Honorable Christina A. Snyder<br>Complaint Filed:  September 30, 2009 |

IT IS HEREBY STIPULATED by and between all parties, Plaintiffs National Association of Chain Drug Stores ("NACDS") and National Community Pharmacists Association ("NCPA") and Defendants Arnold Schwarzenegger, Kim Belshe, David Maxwell-Jolly, California Department of Health Care Services ("Defendants") (collectively "the Parties"), by and through their counsel of record, as follows:

The entire matter should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear its respective attorney's fees and costs.

Dated:  May 5, 2010                              DUANE MORRIS LLP


By:  /s/ Yvette D. Roland
     Yvette D. Roland
     Audra L. Thompson

     Attorneys for Plaintiffs NATIONAL
     ASSOCIATION OF CHAIN DRUG
     STORES, and the NATIONAL
     COMMUNITY PHARMACISTS
     ASSOCIATION

Dated:  May 5, 2010


By:  /s/ Ismael A. Castro
     Julie Weng-Gutierrez
     Ismael A. Castro

     Attorneys for Defendants ARNOLD
     SCHWARZENEGGER, KIM
     BELSHE, DAVID MAXWELL-
     JOLLY; and THE CALIFORNIA
     DEPARTMENT OF HEALTH
     CARE SERVICES

STIPULATION FOR DISMISSAL OF CLAIMS WITHOUT PREJUDICE
DM1\2180577.1