# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS-6

| | |
|---|---|
| Case No. | CV09-7097-CAS(MANx) |
| Date | May 6, 2010 |
| Title | NATIONAL ASSOCIATION OF CHAIN DRUG STORES, *et al.*, v. ARNOLD SCHWARTZENEGGER, *et al.*, |

Present: The Honorable    CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| Paul D. Pierson | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)   ORDER GRANTING STIPULATION OF DISMISSAL OF CLAIMS WITHOUT PREJUDICE

The Court, having received the parties above-referenced stipulation filed on May 5, 2010, orders this matter dismissed without prejudice pursuant to the Federal Rule of Civil Procedure 41(a)(1). Each party shall bear it respective attorney's fees and costs.

– : n/a

Initials of Preparer       PDP